

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOWCLERK'S OFFICE
CLERK OF COURT202-275-8000

July 26, 2024

2024-1958 - Causam Enterprises, Inc. v. ecobee Technologies ULC

# NOTICE OF NON-COMPLIANCE

The document (Certificate of Interest) submitted by ecobee Technologies ULC is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The filer used an incorrect or outdated version of the form. Current versions of all forms are available on the court's website at [Forms](). Fed. Cir. R. 47.4(a) (Form 9).

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u>

An appellant's failure to cure a defective filing may also result in the dismissal of

the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk