# United States Court of Appeals for the Federal Circuit

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**ECOBEE TECHNOLOGIES ULC,**
*Appellee*

2024-1958

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01339.

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

October 15, 2025
Date

Jarrett B. Perlow
Clerk of Court